UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-08421-SPG-SKx | Date | December 18, 2023 |
|---|---|---|---|
| Title | Shiwei Wang v. Alejandro Mayorkas et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER**

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

   The below time period(s) has not been met. Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, **on or before January 5, 2023,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff's response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

   Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a Defendant within 90 days after the complaint is filed. Plaintiff has failed to file a proof of service within 90 days of the filing of the Complaint on the following Defendant(s):

- Alejandro Mayorkas
- Merrick Garland
- David Radell

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-08421-SPG-SKx | Date | December 18, 2023 |
|---|---|---|---|
| Title | Shiwei Wang v. Alejandro Mayorkas et al | | |

Plaintiff(s) can satisfy this order by showing that service was effectuated within the 90 day deadline or by showing good cause for the failure to do so. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED**.

_____ : _____

Initials of Preparer    pg