JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHIWEI WANG,<br><br>   Plaintiff,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES; DAVID RADEL, LOS ANGELES ASYLUM OFFICE DIRECTOR,<br><br>   Defendants. | Case No. 2:23-cv-08421-SPG-SK<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

   The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Defendants, shall be dismissed without prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

   IT IS SO ORDERED.

Dated: December 28, 2023

_____
HONORABLE SHERILYN PEACE GARNETT
United States District Judge